No. 923. HILGENECK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Kenneth S. Jacobs* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg, and Robert G. Maysack* for the United States. ■

No. 933. TROUTMAN ET AL. *v.* RUMSFELD, DIRECTOR, OFFICE OF ECONOMIC OPPORTUNITY, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *O. B. Mc-Ewan* for petitioners. *Solicitor General Griswold* for respondents.

No. 985. DENNISON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Saul I. Weinstein* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Jeremiah Jochnowitz,* Assistant Attorney General, for respondent.

No. 1001. KING ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Warner Hodges* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg, and Robert G. Maysack* for the United States. ■

No. 939. WAGNER *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. *David P. Schippers* for petitioner. *Solicitor General Griswold* for the United States. ■